WILLIAM R. TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260

JOHN F. STANLEY, ACTING SUPERVISORY TRIAL ATTORNEY
TERI HEALY, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
teri.healy@eeoc.gov
Tel: (206) 220-6916
Fax: (206) 220-6911

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION NO. |
| Plaintiff, | COMPLAINT |
| v. | JURY TRIAL DEMAND |
| WYNDHAM WORLDWIDE CORPORATION d/b/a WORLDMARK BY WYNDHAM formerly TRENDWEST RESORTS, INC., | |
| Defendant. | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide

COMPLAINT- Page 1 of 5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

appropriate relief to male employees of Defendant Wyndham Worldwide Corporation d/b/a WorldMark by Wyndham formerly Trendwest Resorts, Inc. who were adversely affected by such practices.  The Equal Employment Opportunity Commission alleges that Defendant subjected male employees to sexual harassment.  Plaintiff seeks monetary and injunctive relief for these male employees, including pecuniary and nonpecuniary compensatory damages and punitive damages.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, defendant Wyndham Worldwide Corporation d/b/a WorldMark by Wyndham formerly Trendwest Resorts, Inc. has been a corporation continuously doing business in the State of Washington and has continuously had at least 15 employees.

**COMPLAINT-** Page 2 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

5. At all relevant times, defendant Wyndham Worldwide Corporation d/b/a WorldMark by Wyndham formerly Trendwest Resorts, Inc. has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Charging Party on EEOC Charge No. 551-2006-00459, on which this complaint is based, filed said charge with the Commission alleging violations of Title VII by defendant Wyndham Worldwide Corporation d/b/a WorldMark by Wyndham formerly Trendwest Resorts, Inc. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. More than thirty days prior to the institution of this lawsuit, Charging Party on EEOC Charge No. 551-2006-02142, on which this complaint is based, filed a charge with the Commission alleging violations of Title VII by defendant Wyndham Worldwide Corporation d/b/a WorldMark by Wyndham formerly Trendwest Resorts, Inc. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. From at least August 2004, defendant Wyndham Worldwide Corporation d/b/a WorldMark by Wyndham formerly Trendwest Resorts, Inc. engaged in unlawful employment practices at its Birch Bay Inn facility located in Blaine, Washington in violation of §§ 703(a) of Title VII, 42 U.S.C. §§ 2000e-2(a). Defendant engaged in these unlawful practices by subjecting male employees to sexual harassment.

8. The effect of the practices complained of in paragraph 7 above has been to deprive male employees of equal employment opportunities and otherwise adversely affect their

COMPLAINT- Page 3 of 5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

status as employees of Wyndham Worldwide Corporation d/b/a WorldMark by Wyndham formerly Trendwest Resorts, Inc. because of their sex.

9. The unlawful employment practices complained of in paragraph 8 above were intentional.

10. The unlawful employment practices complained of in paragraph 8 above were done with malice or with reckless indifference to the federally protected rights of male employees.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate on the basis of sex against any individual.

B. Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C. Order defendant to make whole male employees by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 8 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

D. Order defendant to make whole male employees by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in

**COMPLAINT-** Page 4 of 5

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Seattle Field Office**
**909 First Avenue, Suite 400**
**Seattle, Washington 98104-1061**
**Telephone: (206) 220-6885**
**Facsimile: (206) 220-6911**
**TDD: (206) 220-6882**

paragraph 8 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

  E. Order defendant to pay male employees punitive damages for its malicious and reckless conduct described in paragraph 8 above, in amounts to be determined at trial.

  F. Grant such further relief as the Court deems necessary and proper in the public interest.

  G. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 28th day of September, 2007.

| | |
|---|---|
| WILLIAM TAMAYO | RONALD S. COOPER |
| Regional Attorney | General Counsel |
| | |
| JOHN STANLEY | JAMES L. LEE |
| Supervisory Trial Attorney | Deputy General Counsel |
| | |
| TERI HEALY | |
| Senior Trial Attorney | |

BY:    */s/ William Tamayo*

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office       Office of the General Counsel
909 First Avenue, Suite 400    1801 "L" Street NW
Seattle, Washington 98104     Washington, D.C. 20507
Telephone (206) 220-6920
Facsimile (206) 220-6911

         Attorneys for Plaintiff

**COMPLAINT-** Page 5 of 5

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Seattle Field Office**
**909 First Avenue, Suite 400**
**Seattle, Washington 98104-1061**
**Telephone: (206) 220-6885**
**Facsimile: (206) 220-6911**
**TDD: (206) 220-6882**